UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

KATHY R. BUNTON,

    Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. EDCV 07-858 PJW

**JUDGMENT OF REMAND**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** by the Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), lodged concurrently with the lodging of the within Judgment of Remand, that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 1/31/08

_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

1 | Presented by:
2 | THOMAS P. O'BRIEN
United States Attorney
3 | LEON W. WEIDMAN
Assistant United States Attorney
4 | Chief, Civil Division

5 | */s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
6 | Special Assistant United States Attorney

7 | Attorneys for Defendant

2